Marjan Hajimirzaee, Esq.
California Bar No. 283593
*mhajimirzaee@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838

*Attorneys for Defendant/Cross-Complainant
Veolia ES Technical Solutions, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLOROX SERVICES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VEOLIA ES TECHNICAL SOLUTIONS, LLC, and DOES 1-10,<br><br>Defendant.<br>VEOLIA ES TECHNICAL SOLUTIONS, LLC,<br><br>Cross-Complainant,<br><br>v.<br><br>CLOROX SERVICES COMPANY, and ROES 1 through 100, inclusive,<br><br>Cross-Defendants. | CASE NO. 3:21-CV-00057-SK<br><br>Complaint Filed: January 5, 2021<br><br>**ORDER REGARDING ELECTRONIC EQUIPMENT AND OTHER FILE MATERIALS AT TRIAL** |

IT IS HEREBY ORDERED that the Joint Motion for Leave to Bring Electronic Equipment into the Courtroom is GRANTED IN PART and DENIED IN PART. The Order is GRANTED as to Veolia's counsel: Marjan Hajimirzaee; paralegal: Audra R. Bonney; Clorox's counsel: Frank P. Kelly III; Melina Manetti; Lindsey K. Heinz and Melissa M. Plunkett; paralegals: Noah Fleischman and Andrea Nayeri; technical

1  support: O'Shea Richards, and any other support staff, may bring file materials and electronic
2  equipment into Courtroom D of the San Francisco Courthouse for use during the trial in the
3  above-cited case during the period beginning on Monday, December 12, 2022 through Friday,
4  December 23, 2022 to include early access before 8:30 a.m. through the duration of the trial:
5  computers/laptops, printers/toner, cell phones/iPhones/iPads, boxes containing paper files and
6  office equipment such as paper, pens, paper clips, and staplers, bottled water, easels, flip charts,
7  exhibit boards, hand truck/dolly, speakers, projectors, tables, monitors, and miscellaneous
8  cables and cords.

9  However, the Order is DENIED as to D. Lee Roberts, Jr. and Johnathan T. Krawcheck.
10 The Court DENIED their applications to appear *pro hac vice* without prejudice and Veolia has
11 not yet filled amended applications.

12 **IT IS SO ORDERED.**

14 DATED: October 28, 2022  

United States Magistrate Judge Sallie Kim