UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOROX SERVICE COMPANY,<br><br>             Plaintiff,<br><br>       v.<br><br>VEOLIA ES TECHNICAL SOLUTIONS,<br><br>             Defendant. | Case No. 21-cv-00057-SK<br><br>**ORDER REGARDING TRIAL** |

It is almost certain that the Court will be able to proceed trial as scheduled on December 13, 2022. The parties should plan to proceed with the trial starting on December 13, 2022.

Also, the Court notes that Defendant Veolia ES Technical Solutions still has not remedied the denied *pro hac vice* application Orders or the Order granting in part and denying in part the motion to bring in electronic equipment.

**IT IS SO ORDERED**.

Dated: November 3, 2022

_____
SALLIE KIM
United States Magistrate Judge