FRANK P. KELLY III (SBN 83473)
MELINA MANETTI (SBN 318350)
mmanetti@shb.com
555 Mission Street Suite 2300
San Francisco, California 94105
Telephone:    415.544.1900
Facsimile:    415.391.0281

LINDSEY K. HEINZ (admitted *pro hac vice*)
lheinz@shb.com
MELISSA M. PLUNKETT (admitted *pro hac vice*)
mplunkett@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
Telephone:    816.474.6550
Facsimile:    816.421.5547

Attorneys for Plaintiff
CLOROX SERVICES COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOROX SERVICES COMPANY, | Case No. 3:21-cv-00057-SK |
| Plaintiff, | Assigned to: Hon. Magistrate Judge Sallie Kim |
| v. | **JOINT PROPOSED QUESTIONS FOR VOIR DIRE** |
| VEOLIA ES TECHNICAL SOLUTIONS, LLC, and DOES 1-10, | |
| Defendant. | |

Pursuant to the Court's Case Management and Pretrial Order, Dkt. 22, the parties hereby submit the following joint proposed questions for voir dire:

**ADDITIONAL BIOGRAPHICAL INFORMATION**

1. City/Town in which you live.
    a. How long have you lived there?
2. What does your spouse/partner/significant other do for employment?
3. Do you have children?
    a. How many?
    b. Ages?
    c. Occupation/employer?
4. Rent or own your residence?
5. Others who reside with you in your household?
6. What is the highest level of education you have completed?
    a. What area of study/major?
    b. What degrees/licenses/certifications do you have?
7. What clubs, organizations, or charities are you a member of or actively support?
8. Have you or any family member ever filed a claim or lawsuit of any kind?
    a. Explain
9. Has anyone ever filed a claim or lawsuit against you or a member of your family?
    a. Explain.

**ADDITIONAL EMPLOYMENT INFORMATION**

10. Employers for past 5 years?
11. Job Titles in past 5 years?
12. Supervisor or management level?
13. Employment-related certifications/licenses?
14. Occupational safety responsibilities?

15. Occupational safety training?
16. Technical training/education/experience?
17. Experience handling hazardous or toxic waste?
18. Has a family member or someone close to you ever had any training or worked in or with:
    a. Chemical products?
    b. Hazardous or toxic waste?
    c. Jobs that require safety clothing, or safety equipment?

**CONTRACT EXPERIENCE**

19. Do you have any experience providing services to another under a written contract?
    a. Did you have any good or bad experiences while providing services to another under a written contract?
20. Do you have any experience hiring a contractor to provide services for you?
    a. Written or oral contract?
    b. Did you have any good or bad experiences with hiring a contractor to provide services for you?
21. Ever had a dispute with a contractor or service provider you had hired?

**EXPERIENCE WITH PARTIES**

22. Do any of you know any of the lawyers?
23. Are you familiar with Clorox products?
    a. Have you had any good or bad experience with Clorox products?
24. Have you ever had a good or bad experience with the Clorox Company?
25. Do you have an opinion, good or bad, about the Clorox Company?
26. Do you have an opinion, good or bad, about companies involved in the development, manufacture, and sale of chemical products?
27. Are you familiar with Veolia?
    a. Have you had any good or bad experience with Veolia?

28. Have you ever had a good or bad experience with companies that handle and transport hazardous waste material?

29. Do you have an opinion, good or bad, about Veolia?

30. Have you ever been employed by Clorox or know someone that was employed by Clorox?

31. Have you ever been employed by Veolia or know someone that was employed by Veolia?

**KNOWLEDGE OF LAWSUIT**

32. The following individuals may be called as witnesses in this lawsuit: Kathleen Atencio, Aaron Edwards, John Flaminio, Louie Guzman, Owen Leslie Harold, Neal Langerman, Peili Lawyer, John Maier, Douglas Matkins, Dianne Sandoval, Jonathan Scruggs, Robert West, Todd Wittekind, Scott Wood, and Amy Zysk.

   a. Do you know any of the potential witnesses?

33. The parties have briefly described their case. Do you know anything about this case from any source other than what I have told you?

**ADDITIONAL POTENTIAL QUESTIONS PENDING RULING ON MOTIONS IN LIMINE**

If the Court denies Clorox's Motion in Limine to Exclude Evidence Regarding Settlement in the Underlying Action, then the parties agree to the following additional voir dire questions:

34. You have heard that Mr. Guzman filed a lawsuit against both Clorox and Veolia related to his injuries in the underlying lawsuit.

   a. You will hear evidence that Clorox paid Mr. Guzman money to settle his claims in the underlying lawsuit. Does anyone believe that the fact Clorox paid money to Mr. Guzman demonstrates that Clorox was at least partially at fault for the incident that led to Mr. Guzman's injuries?

   b. The Court in the underlying action dismissed Veolia from that lawsuit, concluding that something called the exclusivity provision of the Worker's

Compensation Act barred his claims against Veolia. Does anyone believe that the exclusive remedy provision should also prevent a company like Clorox from seeking reimbursement from Veolia for the settlement it paid to Mr. Guzman?

    c. Does anyone believe that Veolia should be the only party held responsible for Mr. Guzman's injuries because he was working on behalf of Veolia at the time of the incident?

    d. Does anyone believe that Mr. Guzman was pursuing a lawsuit against Clorox because he knew his claims against Veolia would be barred?

    e. Has anyone ever received workers' compensation benefits? Explain.

    f. Does anyone believe that workers' compensation benefits do not typically make an injured party whole?

Dated: November 4, 2022

**SHOOK, HARDY & BACON L.L.P.**

/s/ Frank P. Kelly III
Frank P. Kelly III

Attorneys for Plaintiff and Cross-Defendant
CLOROX SERVICES COMPANY

Dated: November 4, 2022

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Marjan Hajimirzaee
Marjan Hajimirzaee, Esq.

Attorneys for Defendant/Cross-Complainant
Veolia ES Technical Solutions, LLC

## **ATTESTATION**

Pursuant to Local Rule 7-11, the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Frank P. Kelly III*
Frank P. Kelly

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action. My business address is 555 Mission Street, San Francisco, California 94105. On the date set forth below, I served the following:

**JOINT PROPOSED QUESTIONS FOR VOIR DIRE**

upon the following at the address stated below:

Marjan Hajimirzaee, Esq.
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Tel: (702) 938-3838
Email: mhajimirzaee@wwhgd.com
 Audra Bonney, Paralegal

*Attorneys for Defendant/Cross-Complainant*
*Veolia ES Technical Solutions, LLC*

Service was accomplished as follows:

X   **BY ELECTRONIC TRANSMISSION:** I caused the document(s) listed above to be electronically transmitted to the person(s) listed above. Before first filing and serving electronically through the Court's ECF system, I confirmed the appropriate electronic service addresses for counsel being served. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I declare under penalty of perjury under Federal law and the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 4, 2022, at San Francisco, California.

SHOOK, HARDY & BACON LLP

By: */s/ Melina Manetti*
Melina Manetti

Counsel for Plaintiff and Cross-Defendant
CLOROX SERVICES COMPANY