| | |
|---|---|
| 1 | FRANK P. KELLY III (SBN 83473) |
| | fkelly@shb.com |
| 2 | MELINA MANETTI (SBN 318350) |
| | mmanetti@shb.com |
| 3 | 555 Mission Street Suite 2300 |
| | San Francisco, California 94105 |
| 4 | Telephone:   415.544.1900 |
| | Facsimile:   415.391.0281 |
| 5 | |
| 6 | LINDSEY K. HEINZ (*pro hac vice*) |
| | lheinz@shb.com |
| 7 | MELISSA M. PLUNKETT (*pro hac vice*) |
| | mplunkett@shb.com |
| 8 | SHOOK, HARDY & BACON L.L.P. |
| | 2555 Grand Blvd |
| 9 | Kansas City, MO 64108 |
| | Telephone:   816.474.6550 |
| 10 | Facsimile:   816.421.5547 |

Attorneys for Plaintiff
CLOROX SERVICES COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOROX SERVICES COMPANY, | Case No. 3:21-cv-00057-SK |
| Plaintiff, | Assigned to: Hon. Judge Sallie Kim |
| vs. | **PLAINTIFF'S [PROPOSED] VERDICT FORM AND MEMORANDUM IN SUPPORT** |
| VEOLIA ES TECHNICAL SOLUTIONS, LLC, and DOES 1-10, | |
| Defendants. | Date:    November 18, 2022 |
| | Time:    1:30 p.m. |
| | Place:   450 Golden Gate Ave. |
| | San Francisco, CA 94102 |
| | Courtroom C – 15th Floor |

1       The Court should adopt Clorox Services Company's ("Clorox") proposed verdict form in lieu of Veolia ES Technical Solutions, LLC's ("Veolia") proposed verdict form for two reasons. *First*, Clorox's proposed verdict form properly omits Veolia's proposed questions concerning an alleged breach of contract by Clorox. Veolia has no claim against Clorox for a breach of contract causing Louie Guzman's injuries. As explained in more detail in Plaintiff's Trial Brief, from the outset and throughout this litigation, Veolia has claimed only that Clorox's alleged *negligence* caused Louis Guzman's injuries; it cannot now assert a new claim at this late stage. *See* Dkt. 144 (Pl. Clorox Services Co.'s Trial Br.). Asking the jury to find whether Clorox is liable on this new claim would thus be error.

*Second*, Clorox's proposed verdict form properly omits Veolia's proposed questions three and six regarding costs and expenses. Veolia's proposed question three invites the jury to determine whether either party incurred costs or expenses as a result of a breach of the Agreement. Veolia's proposed question six invites the jury to determine whether either party incurred costs or expenses as a result of the other's negligence. However, as explained in more detail in Plaintiff's Trial Brief, these questions are not at issue in this jury trial. The Court has already ordered that, as a matter of law, Clorox is entitled to recover on the entire amount of the Guzman settlement if Veolia's breach of contract caused Mr. Guzman's injuries or an apportioned amount of the Guzman settlement based on the jury's apportionment of fault if Mr. Guzman's injuries were caused by Veolia's negligence. *See* Dkt. 64 at 5–6. The amount of the Guzman settlement is not disputed, and Veolia has always agreed that Clorox paid a $1.4 million settlement. *See, e.g.*, Dkt. 53, at 5:15-18 (Def. Mot. For Partial S.J.) ("Clorox attended mediation with Guzman and settled the case for $1.4 million two weeks before trial."). In addition, the parties have agreed by stipulation to bifurcate the issue of the reasonableness of attorneys' fees and costs until after trial on the issues of liability. *See* Dkt. 80, at 3. As such, the jury need not determine whether costs and expenses were incurred by either party.

The Court should therefore adopt Clorox's proposed verdict form, which accurately states the issues to be decided by the jury based on the party's pleadings, their stipulations, and the Court's orders.

1
PLAINTIFF'S [PROPOSED] VERDICT FORM AND MEMORANDUM IN SUPPORT
CASE NO.: No. 3:21-cv-00057-SK

# [PROPOSED] VERDICT FORM

1. Do you find that Veolia breached the Services Agreement by failing to perform Services for Clorox in a safe and workmanlike manner?

    Yes_____    No_____

*If Yes, proceed to Question 2. If no, proceed to Question 3.*

2. Do you find that this breach (i.e., Veolia's failure to perform Services for Clorox in a safe and workmanlike manner) was a cause of Louie Guzman suffering bodily injuries?

    Yes_____    No_____

*Proceed to Question 3.*

3. Do you find that Veolia was negligent in the performance of its Services for Clorox under the Services Agreement?

    Yes_____    No_____

*If yes, proceed to Question 4. If no, proceed to Question 5.*

4. Do you find that Veolia's negligence in the performance of its Services for Clorox under the Services Agreement Louie Guzman's bodily injuries?

    Yes_____    No_____

*Proceed to Question 5.*

5. Do you find that Clorox was negligent in the performance of the Services Agreement?

    Yes_____    No_____

*If yes, proceed to Question 6. If no, sign and return the verdict. No further questions need to be answered.*

6. Do you find that Clorox's negligence in the performance of the Services Agreement was a cause of Louie Guzman's bodily injuries?

    Yes_____    No_____

*ONLY IF you answered "yes" to BOTH Questions 4 and 6, proceed to question 7.*

7. If you answered "Yes" to Questions 4 and 6, then state the percentage of each party's negligence that was a cause of Mr. Guzman's bodily injuries. **Total must be 100%:**

Veolia:_____%

Clorox:_____%

_____
      100%

Foreperson _____

Dated: _____


Dated: November 4, 2022                Respectfully submitted,

                                       SHOOK, HARDY & BACON LLP

                                       By: */s/ Frank P. Kelly III*
                                           FRANK P. KELLY III

                                           Counsel for Plaintiff and Cross-Defendant
                                           CLOROX SERVICES COMPANY

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action. My business address is 555 Mission Street, San Francisco, California 94105. On the date set forth below, I served the following:

**PLAINTIFF'S [PROPOSED] VERDICT FORM AND MEMORANDUM IN SUPPORT**

upon the following at the address stated below:

Marjan Hajimirzaee, Esq.
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118
Tel: (702) 938-3838
Email: mhajimirzaee@wwhgd.com
Audra Bonney, Paralegal

*Attorneys for Defendant/Cross-Complainant*
*Veolia ES Technical Solutions, LLC*

Service was accomplished as follows:

X  **BY ELECTRONIC TRANSMISSION:** I caused the document(s) listed above to be electronically transmitted to the person(s) listed above. Before first filing and serving electronically through the Court's ECF system, I confirmed the appropriate electronic service addresses for counsel being served. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. I declare under penalty of perjury under Federal law and the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 4, 2022, at San Francisco, California.

SHOOK, HARDY & BACON LLP

By: */s/ Melina Manetti*
Melina Manetti

Counsel for Plaintiff and Cross-Defendant
CLOROX SERVICES COMPANY