1 FRANK P. KELLY III (SBN 83473)
MELINA MANETTI (SBN 318350)
2 mmanetti@shb.com
555 Mission Street Suite 2300
3 San Francisco, California 94105
Telephone: 415.544.1900
4 Facsimile: 415.391.0281

5 LINDSEY K. HEINZ (admitted *pro hac vice*)
lheinz@shb.com
6 MELISSA M. PLUNKETT (admitted *pro hac vice*)
mplunkett@shb.com
7 SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd
8 Kansas City, MO 64108
Telephone: 816.474.6550
9 Facsimile: 816.421.5547

10 Attorneys for Plaintiff
CLOROX SERVICES COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOROX SERVICES COMPANY, | Case No. 3:21-cv-00057-SK |
| Plaintiff, | Assigned to: Hon. Magistrate Judge Sallie Kim |
| v. | **AMENDED JOINT PROPOSED QUESTIONS FOR VOIR DIRE** |
| VEOLIA ES TECHNICAL SOLUTIONS, LLC, and DOES 1-10, | |
| Defendant. | |

Pursuant to the Court's Case Management and Pretrial Order, Dkt. 22, the parties hereby submit the following amended joint proposed questions for voir dire. These questions have been amended to omit any questions that are duplicative of the Court's form questionnaire and to omit the ten agreed-upon questions that the parties will submit to be included in the electronic questionnaire.

**EXPERIENCE WITH PARTIES**

1. Do any of you know any of the lawyers?
2. Are you familiar with Clorox products?
    a. Have you had any good or bad experience with Clorox products?
3. Have you ever had a good or bad experience with the Clorox Company?
4. Do you have an opinion, good or bad, about the Clorox Company?
5. Do you have an opinion, good or bad, about companies involved in the development, manufacture, and sale of chemical products?
6. Are you familiar with Veolia?
    a. Have you had any good or bad experience with Veolia?
7. Have you ever had a good or bad experience with companies that handle and transport hazardous waste material?
8. Do you have an opinion, good or bad, about Veolia?
9. Have you ever been employed by Clorox or know someone that was employed by Clorox?
10. Have you ever been employed by Veolia or know someone that was employed by Veolia?

**KNOWLEDGE OF LAWSUIT**

11. The following individuals may be called as witnesses in this lawsuit: Kathleen Atencio, Aaron Edwards, John Flaminio, Louie Guzman, Owen Leslie Harold, Neal Langerman, Peili Lawyer, John Maier, Douglas Matkins, Dianne Sandoval, Jonathan Scruggs, Robert West, Todd Wittekind, Scott Wood, and Amy Zysk.

        a.      Do you know any of the potential witnesses?

12. The parties have briefly described their case. Do you know anything about this case from any source other than what I have told you?

**SETTLEMENT / WORKER'S COMP QUESTIONS**

13. You have heard that Mr. Guzman filed a lawsuit against both Clorox and Veolia related to his injuries in the underlying lawsuit.

    a.    You will hear evidence that Clorox paid Mr. Guzman money to settle his claims in the underlying lawsuit. Does anyone believe that the fact Clorox paid money to Mr. Guzman demonstrates that Clorox was at least partially at fault for the incident that led to Mr. Guzman's injuries?

    b.    The Court in the underlying action dismissed Veolia from that lawsuit, concluding that something called the exclusivity provision of the Worker's Compensation Act barred his claims against Veolia. Does anyone believe that the exclusive remedy provision should also prevent a company like Clorox from seeking reimbursement from Veolia for the settlement it paid to Mr. Guzman?

    c.    Does anyone believe that Veolia should be the only party held responsible for Mr. Guzman's injuries because he was working on behalf of Veolia at the time of the incident?

    d.    Does anyone believe that Mr. Guzman was pursuing a lawsuit against Clorox because he knew his claims against Veolia would be barred?

    e.    Has anyone ever received workers' compensation benefits? Explain.

    f.    Does anyone believe that workers' compensation benefits do not typically make an injured party whole?

Dated: November 22, 2022                    **SHOOK, HARDY & BACON L.L.P.**

                                            */s/ Frank P. Kelly III*
                                            Frank P. Kelly III

                                            Attorneys for Plaintiff and Cross-Defendant
                                            CLOROX SERVICES COMPANY

Dated: November 22, 2022                    **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

                                            */s/ Marjan Hajimirzaee*
                                            Marjan Hajimirzaee, Esq.

                                            Attorneys for Defendant/Cross-Complainant
                                            Veolia ES Technical Solutions, LLC

# ATTESTATION

Pursuant to Local Rule 7-11, the signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Frank P. Kelly III*
Frank P. Kelly